IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASON SCOTT SILBE,

    Plaintiff,

vs.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Civil No. 16-cv-532-JGP-CJP

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence <u>four</u> of 42 U.S.C. §405(g).

Judgment is entered in favor of plaintiff Jason Scott Silbe and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED:** June 8, 2017

                            **JUSTINE FLANAGAN,**
                            **Acting Clerk of Court**

                            **BY:** *s/Tina Gray*
                                **Deputy Clerk**

**Approved:**
s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**